IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-34093 |
| Luther Wayne Smith | § | |
| | § | |
| Debtors | § | Chapter 13 |

## ORDER TO REDACT AND AWARDING FEES TO COUNSEL TO DEBTOR

Came on for consideration, the Emergency Motion of Debtors to Redact Docket #17 pursuant to 11 U.S.C. §105(a), §107(c)(1), and Bankruptcy Rule 9037, and To Order Kapitus Servicing, Inc. to Pay Fees to Counsel for Debtor, and the Court finds that it should be granted. It is therefore,

ORDERED that the clerk of Court shall seal or redact, or restrict access, as appropriate, docket #17 in bankruptcy case number 19-34093, and also seal or redact, or restrict access, as appropriate, docket #1 in adversary case number 19-03655, to prevent the disclosure of date of birth and social security number; it is further

ORDERED that Kapitus Servicing, Inc. pay the sum of $600.00 to J. Thomas Black, Attorney at Law, 2600 So. Gessner, Suite 110, Houston Texas 77063, within thirty (30) days of the date of entry of this Order.

DATE:_____

_____
Jeffrey P. Norman
U.S. BANKRUPTCY JUDGE