

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/12/2019

IN RE:                                          §
LUTHER WAYNE SMITH; aka SMITH                   §          CASE NO: 19-34093
    Debtor(s)                                   §
                                                §          CHAPTER  7

## <u>ORDER SETTING HEARING</u>

Hearing is set on the Emergency Motion to Redact (ECF No. 18) at 11:00 a.m. on December 4,

2019, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.  The response

deadline is 5:00 p.m. on November 27, 2019.  Requested relief that is unopposed by written

response prior to the response deadline may be ruled on without the necessity of a hearing.  The

Court may grant or deny any relief sought in any motion/application or objection without hearing

based on responsive pleadings.  The movant shall file and serve a hearing notice with the

response deadline on those parties specified by Bankruptcy Local Rule 9013(d) within 24 hours

of the entry of this order.  **The Court is not setting this on an emergency basis because the**

**complaint with the alleged personally identifiable information has already been restricted**

**from public viewing.**

       SIGNED: 11/12/2019.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

1 / 1