IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-34093 |
| Luther Wayne Smith | § | |
| | § | |
| *Debtor(s)* | § | CHAPTER 7 |

## NOTICE OF HEARING
(Re: Emergency Motion to Redact (Docket # 18))

**YOU ARE HEREBY NOTIFIED** that a hearing to consider and act upon the Emergency Motion to Redact will be held December 4, 2019 at 11:00 a.m. in Courtroom No. 403 on the 4th Floor of the U.S. Courthouse, 515 Rusk Street, Houston, Texas 77002, and will be presided over by the Honorable **Jeffrey Norman,** *United States Bankruptcy Judge.*

The response deadline is 5:00 p.m. on November 27, 2019. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on the responsive pleadings.

Date: November 12, 2019

Respectfully submitted,

J. THOMAS BLACK, P.C.

/s/ J. Thomas Black
J. Thomas Black
State Bar No. 02373400
C. Alexander Higginbotham
State Bar No. 24059946
2600 S. Gessner, Suite 110
Houston, Texas 77063
(713) 772-8037 - *Telephone*
(713) 772-5058 – *Telecopier*

## CERTIFICATE OF SERVICE

On November 12, 2019, I caused a copy of the foregoing document to be served upon all parties entitled to notice as shown on the clerk's mailing matrix, either electronically or via first class mail, through a third-party authorized provider, BK Attorney Services.

/s/ J. Thomas Black
J. Thomas Black